# Matthew J. Fantaci

| | |
|---|---|
| From: | Matthew J. Fantaci |
| Sent: | Wednesday, December 13, 2017 5:36 PM |
| To: | Marty McLeod |
| Cc: | Paula Wellons; Michelle Maraist; Jason D. Bone; Schoen, Michael - SOL; David Saltaformaggio (1270); Taylor Darden |
| Subject: | RE: Clovelly v. BTB et al (17-14435)--Lime recorder data removal |

Marty, in reviewing the Court's order, I do not see where it says that communications with OSHA on these issues be kept separate. I do recall the judge securing your agreement that whatever is agreed to with OSHS on the destructive "flush", will be relayed to Clovelly so that all can participate. I would think logistically it would be more efficient just to have OSHA be part of the conversation. Nevertheless, if it is your preference, I will keep further communications with BTB on these issues separate from my communications with OSHA on these issues.

Also, below is a proposed download protocol:

1) Use of a write blocker to ensure no modification to storage devices (hard drives, flash memory, etc) occurs during the extraction process.

2) Creation of a sector level images of storage devices.

3) Generation of file list for each storage device.

4) Calculation of Hash values for all images and files to ensure integrity of files.

5) Maintaining records including:
   - Date, time, and location of collection.
   - Type, serial number, make, model of storage devices.
   - Photographs depicting state and condition of equipment.
   - Person performing or witnessing data extraction or taking possession of data.

6) Secure storage of all disk images, files, hash values, and records upon completion of extraction.

Please let me know if you have any questions.

-Matt


MATTHEW J. FANTACI
Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC
T: (504) 585.3840 F: (504) 585.3801
fantaci@carverdarden.com | carverdarden.com

 CARVER DARDEN

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at carverdarden.com/legal-disclaimer for further handling. IRS Circular 230 Disclosure: This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.

EXHIBIT 1

From: Marty McLeod [mailto:Marty.McLeod@phelps.com]
Sent: Wednesday, December 13, 2017 5:08 PM
To: Matthew J. Fantaci <fantaci@carverdarden.com>
Cc: Paula Wellons <pwellons@twpdlaw.com>; Michelle Maraist <mmaraist@twpdlaw.com>; Jason D. Bone <jbone@twpdlaw.com>; Schoen, Michael - SOL <Schoen.Michael@dol.gov>; David Saltaformaggio (1270) <David.Saltaformaggio@phelps.com>; Taylor Darden <darden@carverdarden.com>
Subject: Re: Clovelly v. BTB et al (17-14435)--Lime recorder data removal

Matthew --

Thanks we will consider and get back with you. I also ask that you keep our communications separate than with OSHA as the Court ordered.

Thank you.

Marty McLeod
Direct 504 584-9212
Cell 504 715-1742

On Dec 13, 2017, at 4:41 PM, Matthew J. Fantaci <fantaci@carverdarden.com> wrote:

Marty, further to the Court's order that we work together to resolve the data issue, I propose we set a time next week for the download of the data from the Lime recorder. My IT expert, Ted Williams, is available Wednesday and Thursday of next week (Dec. 20 & 21). As you mentioned on the call with the Court, I have asked Mr. Williams to provide me with a suggested protocol for the data extraction. I should have that later today and will forward to you once I receive it.

As we have discussed in the past, it is our understanding that someone from either BTB or Lime will need to be there to assist with the download due to the proprietary nature of the software. If this is the case, I would request that you arrange for someone with this capability to be on site to facilitate the download. I think it would also be a good idea to have Mr. Williams and this BTB/Lime representative speak ahead of time to work to discuss the process. If I am incorrect, and there is no special software needed to download the data, I would still suggest that a BTB/Lime representative with knowledge of the software be present both to observe and assist if necessary. I am sure you would have someone there regardless, but I just thought I would mention it.

Also, it was brought to our attention on the call with the Court that BTB and OSHA are planning to "flush" the steam generator and take samples of the "flushed" material when the steam generator is offloaded from the barge. Since this operation is necessarily destructive, or at least, will permanently alter the current state of the evidence and cannot be recreated, and because OSHA has said that any samples they take will not be shared, Clovelly certainly desires to be present for the operation and take part in any sampling.

I have talked with my chemical engineer, John Williams, who would be observing and taking any samples, and he too is available Wednesday and Thursday of next week. My proposal would be to conduct both the data download and the "flush" on the same day. We would have the barge moved to Tom's or some other agreed location, have the generator removed, and then perform the data download and "flush"/sampling on site. Unless OSHA objects, BTB could then take possession of the steam generator for storage. Clovelly would be willing to split the transportation cost to get the barge from the Magnolia Fleet to the offload site.

-Matt

MATTHEW J. FANTACI
Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC
T: (504) 585.3840 F: (504) 585.3801
fantaci@carverdarden.com | carverdarden.com
<image001.png>

**Confidentiality Statement:** This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at carverdarden.com/legal-disclaimer for further handling. **IRS Circular 230 Disclosure:** This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.