**Amy, Jeanne**

| | |
|---|---|
| **From:** | Rice, Barrett |
| **Sent:** | Thursday, June 13, 2019 11:10 AM |
| **To:** | Soren Gisleson |
| **Cc:** | Karen Shipman; chris@huberthomaslaw.com; Chuck Talley; Blake Crohan; Amanda Howard Lowe; Zoe Wilde Vermeulen; Tillery, Jeff; Amy, Jeanne; Kuebel, Sara; Jed Cain |
| **Subject:** | Re: [EXTERNAL] RE: Activity in Case 2:17-cv-14435-CJB-JVM Clovelly Oil Co. LLC v. BTB Refining, LLC et al Response/Memorandum in Opposition to Motion |

Jones walker has its firm retreat that week and we are the lawyers who filed the limitation whose stay you are trying to lift. I am in an arbitration right now but if someone can tell me what hearing days Barbier has available I'm happy to check my calendar.

**C. Barrett Rice  |  Partner**
**D: 504.582.8238**
**brice@joneswalker.com**



**Jones Walker LLP**
**201 St. Charles Ave, Ste 5100**
**New Orleans, LA 70170**
**joneswalker.com**

On Jun 13, 2019, at 8:56 AM, Soren Gisleson <SGISLESON@hhklawfirm.com> wrote:

> I am not sure what to do with "we cannot do the 17th".  You offered no other dates.  I count 4 Jones Walker attorneys and  4 Kean Miller attorneys on this email alone.  I assume all 8 of you are not available?  I guess I will schedule it for July 3.
>
> Soren E. Gisleson, Esq.
> Partner
> Herman, Herman & Katz
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70113
> Direct Dial: 504-680-0569/Office: 504-581-4892/Fax: 504-561-6024
>
> This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
> CONFIDENTIAL ATTORNEY WORK PRODUCT
> Π Please consider the environment before printing this e-mail

1

-----Original Message-----
From: Rice, Barrett <brice@joneswalker.com>
Sent: Wednesday, June 12, 2019 4:16 PM
To: Soren Gisleson <SGISLESON@hhklawfirm.com>
Cc: Karen Shipman <karen.shipman@keanmiller.com>; chris@huberthomaslaw.com; Chuck Talley <chuck.talley@keanmiller.com>; Blake Crohan <Blake.Crohan@keanmiller.com>; Amanda Howard Lowe <amanda.lowe@keanmiller.com>; Zoe Wilde Vermeulen <Zoe.Vermeulen@keanmiller.com>; Tillery, Jeff <jtillery@joneswalker.com>; Amy, Jeanne <jamy@joneswalker.com>; Kuebel, Sara <skuebel@joneswalker.com>; Jed Cain <JCAIN@hhklawfirm.com>
Subject: Re: [EXTERNAL] RE: Activity in Case 2:17-cv-14435-CJB-JVM Clovelly Oil Co. LLC v. BTB Refining, LLC et al Response/Memorandum in Opposition to Motion

I don't oppose oral argument but we cannot do the 17th.

Since I know we plan to seek leave to file a supplemental memo - will you similarly let us know if you consent?

C. Barrett Rice | Partner
D: 504.582.8238
brice@joneswalker.com

Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
https://urldefense.proofpoint.com/v2/url?u=http-3A__joneswalker.com&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=vOHQPBaBAOW1rrsYcDL47K21WwFruuhT23PU4G0EhIQ&s=TmBwEOgdo8ZHkjh-t8MGMGO8itXisqNq4GfhZ3BDaCQ&e=

On Jun 12, 2019, at 3:52 PM, Soren Gisleson <SGISLESON@hhklawfirm.com<mailto:SGISLESON@hhklawfirm.com>> wrote:

Thanks, Karen and Barrett. I really don't horse trade consent. If the court sets oral argument, and you want to file a supplemental memorandum, feel free to reach out and request it. I'll consider it. But I won't quid pro quo it.

Unless I hear differently, I will represent that Clovelly in the direct action does not oppose oral argument but Clovelly in the Limitation opposes oral argument.

I was going to request that it be set on July 17, but since Judge Barbier scheduled oral argument on July 3 on the motion to set scheduling conference (on a motion I had noticed before the Magistrate), then I would not be surprised if he tried to scheduled it on July 3 or pushed them both back to the 17th. Who knows?

I will file the motion/notice tomorrow morning.

Soren E. Gisleson, Esq.
Partner

Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Direct Dial: 504-680-0569/Office: 504-581-4892/Fax: 504-561-6024

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT
Π Please consider the environment before printing this e-mail

-----Original Message-----
From: Rice, Barrett <brice@joneswalker.com<mailto:brice@joneswalker.com>>
Sent: Wednesday, June 12, 2019 12:10 PM
To: Karen Shipman <https://urldefense.proofpoint.com/v2/url?u=http-3A__karen.sh&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=vOHQPBaBAOW1rrsYcDL47K21WwFruuhT23PU4G0EhIQ&s=b81rcbmeKSlOEQzM9tZ3XseTcFlhXv35CA7-KX4k6h4&e=ipman@keanmiller.com<mailto:karen.shipman@keanmiller.com>>
Cc: Soren Gisleson <SGISLESON@hhklawfirm.com<mailto:SGISLESON@hhklawfirm.com>>; chris@huberthomaslaw.com<mailto:chris@huberthomaslaw.com>; Chuck Talley <chuck.talley@keanmiller.com<mailto:chuck.talley@keanmiller.com>>; Blake Crohan <https://urldefense.proofpoint.com/v2/url?u=http-3A__Blake.Cr&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=vOHQPBaBAOW1rrsYcDL47K21WwFruuhT23PU4G0EhIQ&s=_9P5BUfTwDBTBn3kTuQH4BwjtYBj1fqgB-bYNeVOI-I&e=ohan@keanmiller.com<mailto:Blake.Crohan@keanmiller.com>>; Amanda Howard Lowe <amanda.lowe@keanmiller.com<mailto:amanda.lowe@keanmiller.com>>; Zoe Wilde Vermeulen <https://urldefense.proofpoint.com/v2/url?u=http-3A__Zoe.Ve&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=vOHQPBaBAOW1rrsYcDL47K21WwFruuhT23PU4G0EhIQ&s=P6Kzg4Q65jg-q2a3L9kfku2Jc5Q6g17olO3xyf2kFJs&e=rmeulen@keanmiller.com<mailto:Zoe.Vermeulen@keanmiller.com>>; Tillery, Jeff <jtillery@joneswalker.com<mailto:jtillery@joneswalker.com>>; Amy, Jeanne <jamy@joneswalker.com<mailto:jamy@joneswalker.com>>; Kuebel, Sara <skuebel@joneswalker.com<mailto:skuebel@joneswalker.com>>
Subject: Re: [EXTERNAL] RE: Activity in Case 2:17-cv-14435-CJB-JVM Clovelly Oil Co. LLC v. BTB Refining, LLC et al Response/Memorandum in Opposition to Motion

Thanks Karen- im in arbitration at the moment. We don't have any objection to oral argument so long as you won't object to us filing a motion for leave to file a supplemental brief in opposition since a lot has transpired since it was filed. Also what day are you going to try and set it for? Just want to make sure we are available and can save everyone a motion to continue the date.
Thx
B

C. Barrett Rice | Partner
D: 504.582.8238
brice@joneswalker.com<mailto:brice@joneswalker.com>

Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
https://urldefense.proofpoint.com/v2/url?u=http-3A__joneswalker.com&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=032wdx9jbhZJos8Xm2bvQWXsi0V_dWuUrWKzUBCyTSY&s=DSG4g05nIlPwn63dXIGmAw6A0yijY3KWD87l4Jyqrk0&e=

On Jun 12, 2019, at 12:02 PM, Karen Shipman <https://urldefense.proofpoint.com/v2/url?u=http-3A__karen.sh&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=032wdx9jbhZJos8Xm2bvQWXsi0V_dWuUrWKzUBCyTSY&s=pXweg4tb051Kv8nTscLIhZzUe34NGsUzHzH1PGoS9Uc&e=ipman@keanmiller.com<mailto:karen.shipman@keanmiller.com>> wrote:

Soren,

We have no objection, but cannot speak on behalf of Barrett who is taking the lead on the Limitation and your Motion to Lift the Stay. I didn't respond yesterday because I was waiting to follow her lead. Copying the other Jones Walker counsel on this email.

Karen


Karen Waters Shipman

Partner

Kean Miller LLP

909 Poydras Street, Suite 3600

New Orleans, Louisiana  70112

504.620.3340 (direct)
504.585.3051 (facsimile)
504.606.8584 (mobile)

karen.shipman@keanmiller.com<mailto:karen.shipman@keanmiller.com><mailto:karen.shipman@keanmiller.com>

<km_logo.gif><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.keanmiller.com&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=032wdx9jbhZJos8Xm2bvQWXsi0V_dWuUrWKzUBCyTSY&s=xp8-PE-7FZZTlE0iWioCDoYpCKA_94lmfxD3LCHtVwI&e=>

<km_website.gif><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.keanmiller.com&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=032wdx9jbhZJos8Xm2bvQWXsi0V_dWuUrWKzUBCyTSY&s=xp8-PE-7FZZTlE0iWioCDoYpCKA_94lmfxD3LCHtVwI&e=>

<km_vhash.gif>

<km_blog.gif><https://urldefense.proofpoint.com/v2/url?u=https-3A__www.keanmiller.com_law-2Dblogs.html&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=032wdx9jbhZJos8Xm2bvQWXsi0V_dWuUrWKzUBCyTSY&s=OMNxc7fkkuUksGA_DrISioXxvbNR3YxrM-sfzaqChwg&e=>

<km_vhash2.gif>

<km_bio.gif><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.keanmiller.com_lawyer-2Dattorney-2D1195210.html&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=032wdx9jbhZJos8Xm2bvQWXsi0V_dWuUrWKzUBCyTSY&s=fT5m7HttLB8NSzH5kqQl-Oo2Sp_XntgYOO_GoHRIBpw&e=>

CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (504) 585-3050.

From: Soren Gisleson [mailto:SGISLESON@hhklawfirm.com]
Sent: Wednesday, June 12, 2019 11:45 AM
To: 'brice@joneswalker.com<mailto:brice@joneswalker.com><mailto:brice@joneswalker.com>';
Karen Shipman
Cc: 'chris@huberthomaslaw.com<mailto:chris@huberthomaslaw.com><mailto:chris@huberthomaslaw.com>'

Subject: RE: Activity in Case 2:17-cv-14435-CJB-JVM Clovelly Oil Co. LLC v. BTB Refining, LLC et al Response/Memorandum in Opposition to Motion

Karen,

Any position on the below? If I don't hear from you by COB today, we will just represent that you object. thanks

Soren E. Gisleson, Esq.
Partner
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Direct Dial: 504-680-0569/Office: 504-581-4892/Fax: 504-561-6024

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT
P Please consider the environment before printing this e-mail

From: Soren Gisleson
Sent: Tuesday, June 11, 2019 10:21 AM
To: 'brice@joneswalker.com<mailto:brice@joneswalker.com><mailto:brice@joneswalker.com>' <brice@joneswalker.com<mailto:brice@joneswalker.com><mailto:brice@joneswalker.com>>; 'Karen Shipman' <https://urldefense.proofpoint.com/v2/url?u=http-3A__karen.sh&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=032wdx9jbhZJos8Xm2bvQWXsi0V_dWuUrWKzUBCyTSY&s=pXweg4tb051Kv8nTscLIhZzUe34NGsUzHzH1PGoS9Uc&e=ipman@keanmiller.com<mailto:karen.shipman@keanmiller.com>>
Cc: 'chris@huberthomaslaw.com<mailto:chris@huberthomaslaw.com><mailto:chris@huberthomaslaw.com>' <chris@huberthomaslaw.com<mailto:chris@huberthomaslaw.com><mailto:chris@huberthomaslaw.com>>
Subject: RE: Activity in Case 2:17-cv-14435-CJB-JVM Clovelly Oil Co. LLC v. BTB Refining, LLC et al Response/Memorandum in Opposition to Motion

Karen/Barrett,

Chris and I intend on filing a motion to schedule oral argument on the Motion to Lift Stay. Please advise if you object.

Thanks,

Soren

6

Soren E. Gisleson, Esq.
Partner
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Direct Dial: 504-680-0569/Office: 504-581-4892/Fax: 504-561-6024

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT
P Please consider the environment before printing this e-mail

From: Soren Gisleson
Sent: Wednesday, May 15, 2019 8:52 AM
To: brice@joneswalker.com<mailto:brice@joneswalker.com><mailto:brice@joneswalker.com>;
'Karen Shipman' <https://urldefense.proofpoint.com/v2/url?u=http-3A__karen.sh&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=032wdx9jbhZJos8Xm2bvQWXsi0V_dWuUrWKzUBCyTSY&s=pXweg4tb051Kv8nTscLIhZzUe34NGsUzHzH1PGoS9Uc&e=ipman@keanmiller.com<mailto:karen.shipman@keanmiller.com>>
Cc: 'chris@huberthomaslaw.com<mailto:chris@huberthomaslaw.com><mailto:chris@huberthomaslaw.com>'
<chris@huberthomaslaw.com<mailto:chris@huberthomaslaw.com><mailto:chris@huberthomaslaw.com>>
Subject: FW: Activity in Case 2:17-cv-14435-CJB-JVM Clovelly Oil Co. LLC v. BTB Refining, LLC et al Response/Memorandum in Opposition to Motion

Karen/Barrett,

We intend on filing a Reply in Support of our Motion to Dismiss the Limitation. Please advise if you object.

Soren

Soren E. Gisleson, Esq.
Partner
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Direct Dial: 504-680-0569/Office: 504-581-4892/Fax: 504-561-6024

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and

deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT
P Please consider the environment before printing this e-mail

From: Efile_Notice@laed.uscourts.gov<mailto:Efile_Notice@laed.uscourts.gov><mailto:Efile_Notice@laed.uscourts.gov>
<Efile_Notice@laed.uscourts.gov<mailto:Efile_Notice@laed.uscourts.gov><mailto:Efile_Notice@laed.uscourts.gov>>
Sent: Tuesday, May 14, 2019 3:39 PM
To: Efile_Information@laed.uscourts.gov<mailto:Efile_Information@laed.uscourts.gov><mailto:Efile_Information@laed.uscourts.gov>
Subject: Activity in Case 2:17-cv-14435-CJB-JVM Clovelly Oil Co. LLC v. BTB Refining, LLC et al Response/Memorandum in Opposition to Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana
Notice of Electronic Filing

The following transaction was entered by Rice, Catherine on 5/14/2019 at 3:38 PM CDT and filed on 5/14/2019 Case Name:

Clovelly Oil Co. LLC v. BTB Refining, LLC et al

Case Number:

2:17-cv-14435-CJB-JVM<https://urldefense.proofpoint.com/v2/url?u=https-3A__ecf.laed.uscourts.gov_cgi-2Dbin_DktRpt.pl-3F208104&d=DwMCAQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=m_q_tUxaaSZAKyuSMdDK69gdOXJL9QL1q6oUHFzC8a8&m=9LZLoTnr_TwzUuxX1nJiXbJygFfMiWu7Rwp2JWhnL_g&s=Y-3VlEXCpzjewVAVWZOl3l4Ce1zeOblTGXnAi7Fi-uA&e=>

Filer:

Clovelly Oil Co., LLC

8

Document Number:

316<https://urldefense.proofpoint.com/v2/url?u=https-3A__ecf.laed.uscourts.gov_doc1_085011018376-3Fcaseid-3D208104-26de-5Fseq-5Fnum-3D1170-26magic-5Fnum-3D60952163&d=DwMCAQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=m_q_tUxaaSZAKyuSMdDK69gdOXJL9QL1q6oUHFzC8a8&m=9LZLoTnr_TwzUuxX1nJiXbJygFfMiWu7Rwp2JWhnL_g&s=-1vMXBod8SsDN4VzDi-o9j90Fr6MgUTiox-5hwjgWRw&e=>


Docket Text:
RESPONSE/MEMORANDUM in Opposition filed by Clovelly Oil Co., LLC re [278] MOTION to Dismiss Clovelly Limitation . (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C)(Reference: 18-9385)(Rice, Catherine)

2:17-cv-14435-CJB-JVM Notice has been electronically mailed to:

Aaron Benjamin Greenbaum     Aaron.Greenbaum@pjgglaw.com<mailto:Aaron.Greenbaum@pjgglaw.com><mailto:Aaron.Greenbaum@pjgglaw.com>,
Cynthia.Dugas@pjgglaw.com<mailto:Cynthia.Dugas@pjgglaw.com><mailto:Cynthia.Dugas@pjgglaw.com>,
harley.richard@pjgglaw.com<mailto:harley.richard@pjgglaw.com><mailto:harley.richard@pjgglaw.com>

Amanda Howard Lowe     amanda.howard@keanmiller.com<mailto:amanda.howard@keanmiller.com><mailto:amanda.howard@keanmiller.com>,
ramona.savana@keanmiller.com<mailto:ramona.savana@keanmiller.com><mailto:ramona.savana@keanmiller.com>

Andrew J Brien     brien@carverdarden.com<mailto:brien@carverdarden.com><mailto:brien@carverdarden.com>

Andrew J. Cvitanovic     andrewcvitanovic@cossichlaw.com<mailto:andrewcvitanovic@cossichlaw.com><mailto:andrewcvitanovic@cossichlaw.com>

Arthur Gordon Grant , Jr     ggrant@gamb.law<mailto:ggrant@gamb.law><mailto:ggrant@gamb.law>,
lquintana@gamb.law<mailto:lquintana@gamb.law><mailto:lquintana@gamb.law>,
mboudreaux@gamb.law<mailto:mboudreaux@gamb.law><mailto:mboudreaux@gamb.law>

Ashley Barriere     abarriere@huberthomaslaw.com<mailto:abarriere@huberthomaslaw.com><mailto:abarriere@huberthomaslaw.com>,
carley@huberthomaslaw.com<mailto:carley@huberthomaslaw.com><mailto:carley@huberthomaslaw.com>

Brandon J.
Taylor      btaylor@cossichlaw.com<mailto:btaylor@cossichlaw.com><mailto:btaylor@cossichlaw.com>,
cossichlaw@cossichlaw.com<mailto:cossichlaw@cossichlaw.com><mailto:cossichlaw@cossichlaw.com>

Brandon Taylor
Darden      bdarden@carverdarden.com<mailto:bdarden@carverdarden.com><mailto:bdarden@carverdarden.com>,
foy@carverdarden.com<mailto:foy@carverdarden.com><mailto:foy@carverdarden.com>

Brent Joseph
Carbo      bjc@mmpfirm.com<mailto:bjc@mmpfirm.com><mailto:bjc@mmpfirm.com>,
rcm@mmpfirm.com<mailto:rcm@mmpfirm.com><mailto:rcm@mmpfirm.com>

Brian P.
Marcelle      bmarcelle@huberslack.com<mailto:bmarcelle@huberslack.com><mailto:bmarcelle@huberslack.com>,
ashley@huberslack.com<mailto:ashley@huberslack.com><mailto:ashley@huberslack.com>,
theresa@huberslack.com<mailto:theresa@huberslack.com><mailto:theresa@huberslack.com>

Brittany Rose
Wolf      bwolf@gainsben.com<mailto:bwolf@gainsben.com><mailto:bwolf@gainsben.com>

Catherine Barrett
Rice      brice@joneswalker.com<mailto:brice@joneswalker.com><mailto:brice@joneswalker.com>,
kpels@joneswalker.com<mailto:kpels@joneswalker.com><mailto:kpels@joneswalker.com>,
lbobbitt@joneswalker.com<mailto:lbobbitt@joneswalker.com><mailto:lbobbitt@joneswalker.com>,
lmoss@joneswalker.com<mailto:lmoss@joneswalker.com><mailto:lmoss@joneswalker.com>

Charles Clarence Bourque ,
Jr      cbourque@stmblaw.com<mailto:cbourque@stmblaw.com><mailto:cbourque@stmblaw.com>, jjevic@stmblaw.com<mailto:jjevic@stmblaw.com><mailto:jjevic@stmblaw.com>,
THaddox@stmblaw.com<mailto:THaddox@stmblaw.com><mailto:THaddox@stmblaw.com>

Charles Rowand
Talley      Chuck.Talley@KeanMiller.com<mailto:Chuck.Talley@KeanMiller.com><mailto:Chuck.Talley@KeanMiller.com>,
ramona.savana@keanmiller.com<mailto:ramona.savana@keanmiller.com><mailto:ramona.savana@keanmiller.com>

Christopher Lawrence
Williams      CLW@jyplawfirm.com<mailto:CLW@jyplawfirm.com><mailto:CLW@jyplawfirm.com>,
lharness@jyplawfirm.com<mailto:lharness@jyplawfirm.com><mailto:lharness@jyplawfirm.com>

Dakota Kyle
Chenevert      dakota.chenevert@lewisbrisbois.com<mailto:dakota.chenevert@lewisbrisbois.com

><mailto:dakota.chenevert@lewisbrisbois.com>, laf.estorage@lewisbrisbois.com<mailto:laf.estorage@lewisbrisbois.com><mailto:laf.estorage@lewisbrisbois.com>

Darren David Sumich    dsumich@cossichlaw.com<mailto:dsumich@cossichlaw.com><mailto:dsumich@cossichlaw.com>, cossichlaw@cossichlaw.com<mailto:cossichlaw@cossichlaw.com><mailto:cossichlaw@cossichlaw.com>

David Allen Parsiola    dparsiola@cossichlaw.com<mailto:dparsiola@cossichlaw.com><mailto:dparsiola@cossichlaw.com>, andrewcvitanovic@cossichlaw.com<mailto:andrewcvitanovic@cossichlaw.com><mailto:andrewcvitanovic@cossichlaw.com>, cossichlaw@cossichlaw.com<mailto:cossichlaw@cossichlaw.com><mailto:cossichlaw@cossichlaw.com>

David Scott Scalia    dscalia@dugan-lawfirm.com<mailto:dscalia@dugan-lawfirm.com><mailto:dscalia@dugan-lawfirm.com>

Dexter A. Gary    dgary@gulfcoastinjury.com<mailto:dgary@gulfcoastinjury.com><mailto:dgary@gulfcoastinjury.com>, dexteragary@bellsouth.net<mailto:dexteragary@bellsouth.net><mailto:dexteragary@bellsouth.net>, Lirette@bellsouth.net<mailto:Lirette@bellsouth.net><mailto:Lirette@bellsouth.net>

Edward Settoon Johnson    esj@jyplawfirm.com<mailto:esj@jyplawfirm.com><mailto:esj@jyplawfirm.com>, clw@jyplawfirm.com<mailto:clw@jyplawfirm.com><mailto:clw@jyplawfirm.com>, dfm@jyplawfirm.com<mailto:dfm@jyplawfirm.com><mailto:dfm@jyplawfirm.com>, lharness@jyplawfirm.com<mailto:lharness@jyplawfirm.com><mailto:lharness@jyplawfirm.com>, rba@jyplawfirm.com<mailto:rba@jyplawfirm.com><mailto:rba@jyplawfirm.com>

Elicia D. Ford    eford@bluewilliams.com<mailto:eford@bluewilliams.com><mailto:eford@bluewilliams.com>

Elizabeth Belle McIntosh    elizabeth.mcintosh@pjgglaw.com<mailto:elizabeth.mcintosh@pjgglaw.com><mailto:elizabeth.mcintosh@pjgglaw.com>, amanda.luberti@pjgglaw.com<mailto:amanda.luberti@pjgglaw.com><mailto:amanda.luberti@pjgglaw.com>, elizabeth.arregui@pjgglaw.com<mailto:elizabeth.arregui@pjgglaw.com><mailto:elizabeth.arregui@pjgglaw.com>, elizabeth.mcintosh@pbgglaw.com<mailto:elizabeth.mcintosh@pbgglaw.com><mailto:elizabeth.mcintosh@pbgglaw.com>

Ethan N. Penn    enp@mmpfirm.com<mailto:enp@mmpfirm.com><mailto:enp@mmpfirm.com>, mfl@mmpfirm.com<mailto:mfl@mmpfirm.com><mailto:mfl@mmpfirm.com>,

sjj@mmpfirm.com<mailto:sjj@mmpfirm.com><mailto:sjj@mmpfirm.com>

Evans Martin McLeod     marty.mcleod@phelps.com<mailto:marty.mcleod@phelps.com><mailto:marty.mcleod@phelps.com>,
cammie.halley@phelps.com<mailto:cammie.halley@phelps.com><mailto:cammie.halley@phelps.com>,
chinki.safaya@phelps.com<mailto:chinki.safaya@phelps.com><mailto:chinki.safaya@phelps.com>,
emartinmcleod@gmail.com<mailto:emartinmcleod@gmail.com><mailto:emartinmcleod@gmail.com>,
paula.weyer@phelps.com<mailto:paula.weyer@phelps.com><mailto:paula.weyer@phelps.com>

Gavin H. Guillot     Gavin.Guillot@pjgglaw.com<mailto:Gavin.Guillot@pjgglaw.com><mailto:Gavin.Guillot@pjgglaw.com>,
amanda.luberti@pjgglaw.com<mailto:amanda.luberti@pjgglaw.com><mailto:amanda.luberti@pjgglaw.com>,
elizabeth.arregui@pjgglaw.com<mailto:elizabeth.arregui@pjgglaw.com><mailto:elizabeth.arregui@pjgglaw.com>

Guice Anthony Giambrone , III     ggiambrone@bluewilliams.com<mailto:ggiambrone@bluewilliams.com><mailto:ggiambrone@bluewilliams.com>,
tcooke@bluewilliams.com<mailto:tcooke@bluewilliams.com><mailto:tcooke@bluewilliams.com>

Irving Jay Warshauer     iwarshauer@gainsben.com<mailto:iwarshauer@gainsben.com><mailto:iwarshauer@gainsben.com>,
ddelger@gainsben.com<mailto:ddelger@gainsben.com><mailto:ddelger@gainsben.com>

James R. Dugan , II     jdugan@dugan-lawfirm.com<mailto:jdugan@dugan-lawfirm.com><mailto:jdugan@dugan-lawfirm.com>, amcadam@dugan-lawfirm.com<mailto:amcadam@dugan-lawfirm.com><mailto:amcadam@dugan-lawfirm.com>, bonnie@dugn-lawfirm.com<mailto:bonnie@dugn-lawfirm.com><mailto:bonnie@dugn-lawfirm.com>, dscalia@dugan-lawfirm.com<mailto:dscalia@dugan-lawfirm.com><mailto:dscalia@dugan-lawfirm.com>

Jason D. Bone     jbone@twpdlaw.com<mailto:jbone@twpdlaw.com><mailto:jbone@twpdlaw.com>,
cchaisson@twpdlaw.com<mailto:cchaisson@twpdlaw.com><mailto:cchaisson@twpdlaw.com>,
dmartin@twpdlaw.com<mailto:dmartin@twpdlaw.com><mailto:dmartin@twpdlaw.com>,
mkairdols@twpdlaw.com<mailto:mkairdols@twpdlaw.com><mailto:mkairdols@twpdlaw.com>,
mmarcello@twpdlaw.com<mailto:mmarcello@twpdlaw.com><mailto:mmarcello@twpdlaw.com>

Jay Christopher Zainey , Jr     chris@huberthomaslaw.com<mailto:chris@huberthomaslaw.com><mailto:chris@hubertho

maslaw.com>,
ashley@huberslack.com<mailto:ashley@huberslack.com><mailto:ashley@huberslack.com>,
theresa@huberslack.com<mailto:theresa@huberslack.com><mailto:theresa@huberslack.com>

Jeanne Louise Amy   jamy@joneswalker.com<mailto:jamy@joneswalker.com><mailto:jamy@joneswalker.com>,
dsisk@joneswalker.com<mailto:dsisk@joneswalker.com><mailto:dsisk@joneswalker.com>

Jefferson Randolph Tillery   jtillery@joneswalker.com<mailto:jtillery@joneswalker.com><mailto:jtillery@joneswalker.com>,
jcastex@joneswalker.com<mailto:jcastex@joneswalker.com><mailto:jcastex@joneswalker.com>, kpels@joneswalker.com<mailto:kpels@joneswalker.com><mailto:kpels@joneswalker.com>,
thale@joneswalker.com<mailto:thale@joneswalker.com><mailto:thale@joneswalker.com>

Jennifer E. Michel   jenny.michel@lewisbrisbois.com<mailto:jenny.michel@lewisbrisbois.com><mailto:jenny.michel@lewisbrisbois.com>,
cheryl.bourque@lewisbrisbois.com<mailto:cheryl.bourque@lewisbrisbois.com><mailto:cheryl.bourque@lewisbrisbois.com>,
danae.mayer@lewisbrisbois.com<mailto:danae.mayer@lewisbrisbois.com><mailto:danae.mayer@lewisbrisbois.com>

Jeremy T. Grabill   jeremy.grabill@phelps.com<mailto:jeremy.grabill@phelps.com><mailto:jeremy.grabill@phelps.com>,
juliette.neves@phelps.com<mailto:juliette.neves@phelps.com><mailto:juliette.neves@phelps.com>

Joseph Edward Cain   jcain@hhkc.com<mailto:jcain@hhkc.com><mailto:jcain@hhkc.com>,
kmacready@hhklawfirm.com<mailto:kmacready@hhklawfirm.com><mailto:kmacready@hhklawfirm.com>

Joseph G. Jevic , III   jjevic@stmblaw.com<mailto:jjevic@stmblaw.com><mailto:jjevic@stmblaw.com>,
kgrezaffi@stmblaw.com<mailto:kgrezaffi@stmblaw.com><mailto:kgrezaffi@stmblaw.com>,
mhebert@stmblaw.com<mailto:mhebert@stmblaw.com><mailto:mhebert@stmblaw.com>

Justin Cole Warner   justin.warner@phelps.com<mailto:justin.warner@phelps.com><mailto:justin.warner@phelps.com>,
sherril.scott@phelps.com<mailto:sherril.scott@phelps.com><mailto:sherril.scott@phelps.com>

Karen Waters Shipman   karen.shipman@keanmiller.com<mailto:karen.shipman@keanmiller.com><mailto:karen.shipman@keanmiller.com>,
laura.mullen@keanmiller.com<mailto:laura.mullen@keanmiller.com><mailto:laura.mullen@keanmiller.com>

Kenneth Joseph Gelpi ,

Jr       kgelpi@gamb.law<mailto:kgelpi@gamb.law><mailto:kgelpi@gamb.law>, mboudreaux@gamb.law<mailto:mboudreaux@gamb.law><mailto:mboudreaux@gamb.law>, njohnson@gamb.law<mailto:njohnson@gamb.law><mailto:njohnson@gamb.law>, wtrosclair@gamb.law<mailto:wtrosclair@gamb.law><mailto:wtrosclair@gamb.law>

Kevin Andrew Marks       kmarks@mmkfirm.com<mailto:kmarks@mmkfirm.com><mailto:kmarks@mmkfirm.com>, pvaughn@mmkfirm.com<mailto:pvaughn@mmkfirm.com><mailto:pvaughn@mmkfirm.com>

Kevin Paul Merchant       kmerchant@neunerpate.com<mailto:kmerchant@neunerpate.com><mailto:kmerchant@neunerpate.com>, bbernard@neunerpate.com<mailto:bbernard@neunerpate.com><mailto:bbernard@neunerpate.com>

Lindsey Marie Devereux       lmd@mmpfirm.com<mailto:lmd@mmpfirm.com><mailto:lmd@mmpfirm.com>

M. Taylor Darden       darden@carverdarden.com<mailto:darden@carverdarden.com><mailto:darden@carverdarden.com>, boihem@carverdarden.com<mailto:boihem@carverdarden.com><mailto:boihem@carverdarden.com>, docket@carverdarden.com<mailto:docket@carverdarden.com><mailto:docket@carverdarden.com>

Mary Kerrigan Dennard       Malise.Dennard@lewisbrisbois.com<mailto:Malise.Dennard@lewisbrisbois.com><mailto:Malise.Dennard@lewisbrisbois.com>, Lisa.Bobbitt@lewisbrisbois.com<mailto:Lisa.Bobbitt@lewisbrisbois.com><mailto:Lisa.Bobbitt@lewisbrisbois.com>

Matthew James Fantaci       fantaci@carverdarden.com<mailto:fantaci@carverdarden.com><mailto:fantaci@carverdarden.com>, boihem@carverdarden.com<mailto:boihem@carverdarden.com><mailto:boihem@carverdarden.com>, docket@carverdarden.com<mailto:docket@carverdarden.com><mailto:docket@carverdarden.com>

Meredith Anne Mayberry       Meredith.Mayberry@lewisbrisbois.com<mailto:Meredith.Mayberry@lewisbrisbois.com><mailto:Meredith.Mayberry@lewisbrisbois.com>, Kim.Rodriguez@lewisbrisbois.com<mailto:Kim.Rodriguez@lewisbrisbois.com><mailto:Kim.Rodriguez@lewisbrisbois.com>, Lisa.Gauthreaux@lewisbrisbois.com<mailto:Lisa.Gauthreaux@lewisbrisbois.com><mailto:Lisa.Gauthreaux@lewisbrisbois.com>, NOE-Storage@lewisbrisbois.com<mailto:NOE-Storage@lewisbrisbois.com><mailto:NOE-Storage@lewisbrisbois.com>

Michael M.

Thompson       mthompson@twpdlaw.com<mailto:mthompson@twpdlaw.com><mailto:mthompson@twpdlaw.com>

Michael Thomas
Neuner      mneuner@cossichlaw.com<mailto:mneuner@cossichlaw.com><mailto:mneuner@cossichlaw.com>, lto@cossichlaw.com<mailto:lto@cossichlaw.com><mailto:lto@cossichlaw.com>

Michelle L.
Maraist      mmaraist@twpdlaw.com<mailto:mmaraist@twpdlaw.com><mailto:mmaraist@twpdlaw.com>, afries@twpdlaw.com<mailto:afries@twpdlaw.com><mailto:afries@twpdlaw.com>, pingles@twpdlaw.com<mailto:pingles@twpdlaw.com><mailto:pingles@twpdlaw.com>

Musa
Rahman      mrahman@lwcc.com<mailto:mrahman@lwcc.com><mailto:mrahman@lwcc.com>, mshields@lwcc.com<mailto:mshields@lwcc.com><mailto:mshields@lwcc.com>

Paula Marcello
Wellons      pwellons@twpdlaw.com<mailto:pwellons@twpdlaw.com><mailto:pwellons@twpdlaw.com>, kdodd@twpdlaw.com<mailto:kdodd@twpdlaw.com><mailto:kdodd@twpdlaw.com>, mmarcello@twpdlaw.com<mailto:mmarcello@twpdlaw.com><mailto:mmarcello@twpdlaw.com>, ssigl@twpdlaw.com<mailto:ssigl@twpdlaw.com><mailto:ssigl@twpdlaw.com>

Philip Francis Cossich ,
Jr      pcossich@cossichlaw.com<mailto:pcossich@cossichlaw.com><mailto:pcossich@cossichlaw.com>, cossichlaw@cossichlaw.com<mailto:cossichlaw@cossichlaw.com><mailto:cossichlaw@cossichlaw.com>

Philip S. Brooks ,
Jr      pbrooks@gamb.law<mailto:pbrooks@gamb.law><mailto:pbrooks@gamb.law>, lquintana@gamb.law<mailto:lquintana@gamb.law><mailto:lquintana@gamb.law>, mboudreaux@gamb.law<mailto:mboudreaux@gamb.law><mailto:mboudreaux@gamb.law>

Phillip Michael
Smith      psmith@neunerpate.com<mailto:psmith@neunerpate.com><mailto:psmith@neunerpate.com>, mhebert@neunerpate.com<mailto:mhebert@neunerpate.com><mailto:mhebert@neunerpate.com>

Rachel Michelle
Naquin      rnaquin@gainsben.com<mailto:rnaquin@gainsben.com><mailto:rnaquin@gainsben.com>

Richard B
Crohan      blake.crohan@keanmiller.com<mailto:blake.crohan@keanmiller.com><mailto:blake.crohan@keanmiller.com>, sue.neyrey@keanmiller.com<mailto:sue.neyrey@keanmiller.com><mailto:sue.neyrey@keanmiller.com>

Ronald Joseph Kitto      rkitto@gamb.law<mailto:rkitto@gamb.law><mailto:rkitto@gamb.law>,

mboudreaux@gamb.law<mailto:mboudreaux@gamb.law><mailto:mboudreaux@gamb.law>,
njohnson@gamb.law<mailto:njohnson@gamb.law><mailto:njohnson@gamb.law>

Rowen Fricker Asprodites     rowen.asprodites@pjgglaw.com<mailto:rowen.asprodites@pjgglaw.com><mailto:rowen.asprodites@pjgglaw.com>,
Elia.Lopez@pjgglaw.com<mailto:Elia.Lopez@pjgglaw.com><mailto:Elia.Lopez@pjgglaw.com>

Sara Barry Kuebel     skuebel@joneswalker.com<mailto:skuebel@joneswalker.com><mailto:skuebel@joneswalker.com>,
dward@joneswalker.com<mailto:dward@joneswalker.com><mailto:dward@joneswalker.com>

Scott Robbert Huete     shuete@mmkfirm.com<mailto:shuete@mmkfirm.com><mailto:shuete@mmkfirm.com>

Soren Erik Gisleson     sgisleson@hhkc.com<mailto:sgisleson@hhkc.com><mailto:sgisleson@hhkc.com>,
jchauvin@hhkc.com<mailto:jchauvin@hhkc.com><mailto:jchauvin@hhkc.com>,
jquin@hhklawfirm.com<mailto:jquin@hhklawfirm.com><mailto:jquin@hhklawfirm.com>,
kmacready@hhklawfirm.com<mailto:kmacready@hhklawfirm.com><mailto:kmacready@hhklawfirm.com>

Stephen J. Herman     Sherman@hhklawfirm.com<mailto:Sherman@hhklawfirm.com><mailto:Sherman@hhklawfirm.com>,
jchauvin@hhklawfirm.com<mailto:jchauvin@hhklawfirm.com><mailto:jchauvin@hhklawfirm.com>,
lbreland@hhklawfirm.com<mailto:lbreland@hhklawfirm.com><mailto:lbreland@hhklawfirm.com>

Zoe Wilde Vermeulen     zoe.vermeulen@keanmiller.com<mailto:zoe.vermeulen@keanmiller.com><mailto:zoe.vermeulen@keanmiller.com>,
laura.mullen@keanmiller.com<mailto:laura.mullen@keanmiller.com><mailto:laura.mullen@keanmiller.com>

2:17-cv-14435-CJB-JVM Notice has been delivered by other means to:

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1091133085 [Date=5/14/2019] [FileNumber=9889865-0 ]
[463e79ecd86e1100e76099151c4efcea5a0ae37eba7a9a8ff934d09f0c1da839c67
efe0310434b764d1f03e06e6e11e90fc886fd77cd0f14e6d8cbb0b02ea1ee]]
Document description:Exhibit A
Original filename:n/a
Electronic document Stamp:

[STAMP dcecfStamp_ID=1091133085 [Date=5/14/2019] [FileNumber=9889865-1 ]
[7c591abd33607308408a6c092851bdfa897f41ca0fad69469ecb03cc29b6066bed4
6c408dae15cd2d4a7fc3087fe94f4880dea1365a0cb451fd471e9e66fe8c3]]
Document description:Exhibit B
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1091133085 [Date=5/14/2019] [FileNumber=9889865-2 ]
[23f5dbcfcc82faf871d7b09ec98b2e7849723da0f528a209c607d0d88af519f3532
36f4b8de881d431b447d602e82972b88dfbd8e77ea1063fc27b5a9717e92f]]
Document description:Exhibit C
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1091133085 [Date=5/14/2019] [FileNumber=9889865-3 ]
[0035a2273c6ea71ec4e63bb61578ede427c2eb9a4f23c4c1086056a80f42043a714
a1fa566d2cb6bae16bdda9edc01a6d3d12c1a9a5a96a3fe2bc8bad4d35d1e]]

<https://urldefense.proofpoint.com/v2/url?u=http-3A__KarenShipman.vcf&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LDi1Yw2jkN5tJaovtJ-RmntJSx97Vs510Ob7TXXYdlY&m=032wdx9jbhZJos8Xm2bvQWXsi0V_dWuUrWKzUBCyTSY&s=9MdqDTM3XBKmiDu-ix3eSE01XbqJOqGhlJuLOdFC0TA&e=>